

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-19-00205-CR

Cynthia Ann **HYATT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1911-CR-C
Honorable William Old, Judge Presiding

## O R D E R

Appellant appeals from the trial court's "Order Amending Community Supervision." This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). It is therefore ORDERED that appellant show cause in writing no later than fifteen days from the date of this order why this appeal should not be dismissed for want of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court